AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| YAZMIN GONZALEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| SIENNA MARKETING & CONSULTING, INC. dba CREATIVE CAPITAL SOLUTIONS | ) | **EP23CV0136** |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sienna Marketing & Consulting, Inc. dba
Creative Capital Solutions
c/o  The Corporation
323 Ramona Avenue
Staten Island, New York 10312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

YAZMIN GONZALEZ
Plaintiff, Pro Se
14205 Charles Pollock
El Paso, TX 79938
915-820-1859

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:      04/03/2023

_____
*Signature of Clerk or Deputy Clerk*